UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

KARIN INGRID REZA,                             25-cv-6802 (JGK)

        Plaintiff,                         ORDER

    - against -

REZA ALI, ET AL.,

        Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a motion conference in connection with the defendants' motion to dismiss on **Thursday, November 6, 2025,** at **12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:   New York, New York
       October 28, 2025

                                              _____
                                                John G. Koeltl
                                      United States District Judge