UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

Karin Ingrid Reza,

        Plaintiff,

- against -

Reza Ali, et al.

        Defendants.

───────────────────────────────

25-cv-6802 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In light of the stipulation on the briefing schedule for defendants' motion to dismiss, ECF No. 25, the oral argument scheduled for November 6, 2025, at 12:00 p.m. is **canceled**.

SO ORDERED.

Dated:    New York, New York
           November 4, 2025

                                              John G. Koeltl
                                      United States District Judge