UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KARIN INGRID REZA,

              Plaintiff(s)

    -against-

REZA ALI, et al,

              Defendant(s).

---------------------------------------------------------------X

25 civ 6802 (JGK)

## ORDER

The conference scheduled for Tuesday, November 18, 2025, at 4:00pm, is cancelled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      November 12, 2025